PROB 12B
(7/93)

Report Date: May 9, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 09 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Kalen Manden Hendricks          Case Number: 2:11CR06040-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 5/8/2012          Type of Supervision: Supervised Release

Original Offense: Failure to Register as a Sex          Date Supervision Commenced: 4/8/2013
Offender, 18 U.S.C. § 2250(a)

Original Sentence: Prison - 24 Months; TSR - 36          Date Supervision Expires: 4/7/2016
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

14    Special Condition 14, directing the defendant to reside in a residential reentry center (RRC) for a period
      of up to 180 days be removed.

### CAUSE

Prior to the defendant's release from the Bureau of Prisons on April 8, 2013, a bench warrant was issued for non-compliance in Franklin County, Washington. Any individual who has an active bench warrant is not eligible to be placed at a Bureau of Prisons RRC. When the defendant released from the Bureau of prisons, he turned himself in on the warrant. Once the defendant was able to appear before the Franklin County District Court, the warrant was removed. The defendant was released after his initial appearance and the charges were subsequently dismissed.

Once the defendant was released from Franklin County he obtained a job working for Bert's Handy Hands in Kennewick as a laborer. At this time the defendant is living at his mother's home in Kennewick and is working full time. In addition, the defendant would be required to report to the RRC in Spokane. For this reason it would be respectfully requested that Special Condition 14, requiring up to 180 days at the RRC, be removed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/09/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob 12B
**Re:  Hendricks, Kalen Manden**
**May 9, 2013**
**Page 2**

THE COURT ORDERS

[  ]      No Action
[  ]      The Extension of Supervision as Noted Above
[X]      The Modification of Conditions as Noted Above
[  ]      Other

_____
Signature of Judicial Officer

May 9, 2013
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

14    Special Condition 14, directing the defendant to reside in a residential reentry center (RRC) for a period of up to 180 days be removed.


Witness: _David L. McCary_

David L. McCary
U.S. Probation Officer

Signed: _Kalen Manden Hendricks_

Kalen Manden Hendricks
Probationer or Supervised Releasee


_May 8, 2013_
Date