PROB 12C
(7/93)

Report Date: December 4, 2013

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kalen Manden Hendricks       Case Number: 0980 2:11CR06040-001

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 8, 2012

| | |
|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) |
| Original Sentence: | Prison 24 months; TSR - 36 months |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom |
| Defense Attorney: | Diane E. Hehir |

Type of Supervision: Supervised Release

Date Supervision Commenced: April 8, 2013

Date Supervision Expires: April 7, 2016

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/4/2013.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |
| | **Supporting Evidence**: Kalen Hendricks is considered to be in violation of his period of supervised release in the Eastern District of Washington by leaving the Eastern District of Washington on or prior to November 29, 2013, without permission. |
| | On December 4, 2013, the defendant admitted to leaving the Eastern District of Washington and traveling to Pendelton, Oregon. The defendant did not obtain prior permission to leave the district. |
| 7 | **Standard Condition # 8**: The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered. |
| | **Supporting Evidence**: Kalen Hendricks is considered to be in violation of his period of supervised release in the Eastern District of Washington by frequenting a residence where individuals were using controlled substances. |

Prob12C
**Re: Hendricks, Kalen Manden**
**December 4, 2013**
**Page 2**

On December 4, 2012, the defendant admitted to traveling to Pendelton, Oregon where he purchased approximately 500 dollars worth of methamphetamine over a 3 day period. The defendant stated he was using the methamphetamine with "friends."

8   **Special Condition # 24**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Using a controlled substance, methamphetamine, on December 4, 2012.

The defendant signed an admission report stating he had used methamphetamine on December 4, 2013, prior to reporting to the probation office in Richland.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/04/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

Signature of Judicial Officer

December 5, 2013
Date