PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Kalen Manden Hendricks | Case Number: 2:11CR06040-EFS-1 |
| Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: May 8, 2012 | Type of Supervision: Supervised Release |
| Original Offense: Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | Date Supervision Commenced: November 3, 2014 |
| Original Sentence: Prison - 24 months<br>TSR - 36 months | Date Supervision Expires: September 2, 2016 |

**PETITIONING THE COURT**

To modify the conditions of supervision by **removing** the following condition:

14    You shall reside in a residential reentry center (RRC) for a period of up to 90 days.  You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**CAUSE**

Mr. Hendricks is currently at the RRC in Spokane, Washington, completing his 90-day placement.  He has submitted a release plan to Spokane, Washington, that has been approved.  The undersigned officer respectfully requests the Court grant the offender's release from the RRC and he be allowed to move to the noted address, 1909 East 14th, Spokane, Washington, effective immediately.

Respectfully submitted,

by    s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer
Date:  December 17, 2014

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[XX]   The Modification of Conditions as Noted Above
[ ]    Other

*Edward F. Shea*

Signature of Judicial Officer

December 18, 2014

Date