PROB 12C  
(7/93)

Report Date: January 21, 2015

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kalen Manden Hendricks     Case Number: 2:11CR06040-EFS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 8, 2012

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: November 3, 2014 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 2, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Numbers | Nature of Noncompliance |
|---|---|
| 1 - 7 | **Special Condition # 24**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Kalen Hendricks violated the conditions of his supervised release in Spokane, Washington, on or about January 7, 8, 9, 14, 15, 16 and 20, 2015, by consuming methamphetamine. An admission of drug use form was signed by the offender on January 16, and 20, 2015.  It is noted that the offender told the undersigned officer that the last use of an illicit drug (methamphetamine) occurred on January 15, 2015. Lab results confirming the offender's January 16, 2015, urinalysis test as positive for methamphetamine, was received in the U.S. Probation Office on January 21, 2015. |
| 8 | **Special Condition # 24**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Kalen Hendricks violated the conditions of his supervised release in Spokane, Washington, on January 15, 2015, by refusing to provide a urine specimen as directed at Alcohol Drug Education Prevention and Treatment (ADEPT).  The offender arrived at ADEPT on the above-mentioned date and was instructed to provide a urine sample for testing.  He refused to provide a specimen before departing the facility. |

Prob12C
**Re: Hendricks, Kalen Manden**
**January 21, 2015**
Page 2

| | |
|---|---|
| | On January 16, 2015, the offender was instructed to appear in the U.S. Probation Office in Spokane, Washington. The offender was questioned about his behavior and decision to disregard the request to provide a urine specimen. At that time, Kalen Hendricks admitted he purchased a device commonly referred to as a "whizzinator" in an attempt to circumvent the phase urinalysis program. He denied utilizing the device while under supervision. Currently, the offender has not surrendered the device to the undesigned officer. |
| 8 | **Special Condition # 24**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Kalen Hendricks violated the conditions of his supervised release in Spokane, Washington, on January 15, 2015, by failing to participate in substance abuse treatment. Initially, the offender appeared for treatment until directed to provide a urine sample as indicated under violation #6. As previously mentioned, he would abruptly depart the facility abandoning the remaining period of counseling for that evening. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/21/2015

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

January 21, 2015
Date