PROB 12C  
(7/93)

Report Date: February 3, 2015

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kalen Manden Hendricks | Case Number: 2:11CR06040-EFS-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: May 8, 2012 | |
| Original Offense: Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: Prison 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Rudolf J Verschoor | Date Supervision Commenced: November 3, 2014 |
| Defense Attorney: Diane E. Hehir | Date Supervision Expires: September 2, 2016 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/21/2015.

**\*Please note that violation number 9 was incorrectly referred to as number 8 on the petition dated 01/21/15.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition # 24**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Kalen Hendricks violated the conditions of his supervised release in Spokane, Washington, on January 21, 2014, by submitting a urine sample that tested positive for methamphetamine. |
| 11 | **Special Condition # 25**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance .<br><br>**Supporting Evidence**: Kalen Hendricks violated the conditions of his supervised release in Spokane, Washington, on January 16, 2014, by testing positive for the use of alcohol. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/03/2015

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Edward F. Shea

Signature of Judicial Officer

February 4, 2015

Date