PROB 12C
(6/16)

Report Date: September 19, 2016

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kalen Manden Hendricks           Case Number: 0980 2:11CR06040-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 8, 2012

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 24 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: 12/19/13 | Prison - 11 Months;<br>TSR - 22 Months | |
| Revocation Sentence: 2/24/15 | Prison - 14 Months:<br>TSR - 11 Months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: January 28, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 27, 2016 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1                **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: On September 7, 2016, Mr. Hendricks participated in a polygraph testing session as required by his conditions of supervised release. During the session, Mr. Hendricks admitted to, on one occasion, traveling into the State of Oregon while taking his daughter home. On September 8, 2016, the undersigned officer received a phone call from the client who admitted to the behavior. Mr. Hendricks indicated that he did immediately return to the State of Washington, and indicated that he did have his girlfriend with him during the time of contact. Mr. Hendricks' daughter currently lives with her mother in Hermiston, Oregon, but he indicated that the child's mother was in Umatilla, Oregon, at the time of the incident. It should also be noted that contact was previously approved between Mr. Hendricks and his daughter by the child's mother, the sex offender treatment provider, and the undersigned officer with the requirement that a supervising adult be present.

**Prob12C**
**Re: Hendricks, Kalen Manden**
**September 19, 2016**
**Page 2**

|   |   |   |
|---|---|---|
| 2 | | **Special Condition # 23**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On September 7, 2016, Mr. Hendricks participated in a polygraph testing session as required by his conditions of supervised release. During the session, Mr. Hendricks admitted to using Cannabis Oil in July 2016, that he purchased over the counter to help with back pain sustained when falling off of a ladder at work. The client indicated that he contacted the manufacturer of the product who informed him that due to the low level of concentrate present in the product that the product would not show during urinalysis testing. The client also admitted to using Trazodone, a prescription medication that the parties allege is currently prescribed to his girlfriend. The client indicated that he used the medication to help him sleep.

3    **Special Condition # 24**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On September 7, 2016, Mr. Hendricks participated in a polygraph testing session as required by his conditions of supervised release. During the session, Mr. Hendricks admitted to drinking alcohol in July 2016, over the period of one weekend to help with back pain sustained when falling off of a ladder at work. The client estimated that he drank approximately one pint of alcohol during the time period.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 19, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons

*Edward F. Shea*

Signature of Judicial Officer

September 19, 2016
Date