PROB 12C
(6/16)

Report Date: September 20, 2016

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kalen Manden Hendricks        Case Number: 0980 2:11CR06040-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 8, 2012

Original Offense:         Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

| | | |
|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>December 19, 2013: | Prison - 11 months<br>TSR - 22 months | |
| Revocation Sentence<br>February 27, 2015: | Prison - 14 months;<br>TSR - 11 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: January 28, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 27, 2016 |

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/19/2016, and to REQUEST A WARRANT.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On September 17, 2016, the Pasco Police Department responded to a domestic disturbance call. Responding officers observed Mr. Kalen Hendricks driving in a reckless manner, and activated their emergency lights in an attempt to stop the vehicle; however, Mr. Hendricks failed to stop, passing several safe opportunities to do so. Upon contact it was determined by law enforcement that a proper field sobriety test could not be conducted due to Mr. Hendricks' lack of balance and his inability to move only his eyes, as opposed to his whole head, to follow the officer's point of reference. Mr. Hendricks was arrested for driving under the influence, negligent driving in the 2nd degree, and for failing to yield to an emergency vehicle. |

On September 20, 2016, Mr. Hendricks was contacted by the undersigned officer, and the offender admitted to drinking on the night in question to the extent that he could not recall anything that happened after approximately an hour after he began drinking. Driving under the influence is a violation of R.C.W. 46.61.502, and is a gross misdemeanor.

5     **Special Condition # 24**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On September 17, 2016, Mr. Kalen Hendricks was arrested by the Pasco Police Department for driving under the influence, negligent driving in the 2nd degree, and for failing to yield to an emergency vehicle. Upon contact it was determined by law enforcement that a proper field sobriety test could not be conducted due to Mr. Hendricks's lack of balance and his inability to only move his eyes, as opposed to his whole head, to follow the officer's point of reference. A warrant was later secured, and a blood sample was secured from Mr. Hendricks once at the Franklin County Jail.

On September 20, 2016, Mr. Hendricks was contacted by the undersigned officer, and the offender admitted to drinking on the night in question to the extent that he could not recall anything that happened after approximately an hour after he began drinking.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 20, 2016

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.

Edward F. Shea

Signature of Judicial Officer

September 21, 2016

Date