PROB 12C
(6/16)

Report Date: February 14, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 15, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kalen Manden Hendricks          Case Number: 0980 2:11CR06040-EFS-1

Address of Offender:                    Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 8, 2012

Original Offense:          Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:         Prison - 24 months;          Type of Supervision: Supervised Release
                           TSR - 36 months

Revocation Sentence:       Prison - 11 months;
(December 19, 2013)        TSR - 22 months

Revocation Sentence:       Prison - 14 months;
(February 27, 2015)        TSR - 11 months

Revocation Sentence:       Prison - 2 days;
(October 13, 2016)         TSR - 6 months

Asst. U.S. Attorney:       Alison L. Gregoire         Date Supervision Commenced: October 13, 2016

Defense Attorney:          Federal Public Defender    Date Supervision Expires: April 12, 2017

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 11**: The defendant must be truthful when responding to the questions asked by the probation officer. |
| | **Supporting Evidence**: On January 30, 2017, the undersigned officer conducted an unscheduled home contact with Mr. Hendricks at his residence. During the home inspection, and after being confronted on the presence of several empty alcohol containers in the residence and in his truck and one unopened bottle of alcohol in the refrigerator, Mr. Hendricks subsequently admitted to using alcohol on two separate occasions. This information was previously reported to the Court on the petition dated February 3, 2017. As a part of the contact, and in response to the client's admitted use of alcohol, Mr. Hendricks was questioned on any additional use of other illicit substances, which he denied. |

On February 13, 2017, the undersigned officer received a lab confirmation from Precision Diagnostics, a toxicology facility utilized by Alcohol Drug Education Prevention and Treatment (ADEPT) where the client is currently engaged in intensive outpatient treatment services. The report confirmed the presence of methamphetamine in a urinalysis sample submitted by the client at the treatment facility on January 31, 2017.

On February 13, 2017, the undersigned officer contacted Mr. Hendricks telephonically who admitted to the use of methamphetamine approximately 4 days before the sample was collected by the provider on January 31, 2017. The client admitted that he did not previously disclose this use to the undersigned officer during discussion as the amount used was minimal, and he felt as though he could address the use on his own accord.

2   **Special Condition # 29**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On February 13, 2017, the undersigned officer received a lab confirmation from Precision Diagnostics, a toxicology facility utilized by Alcohol Drug Education Prevention and Treatment (ADEPT) where the client is currently engaged in intensive outpatient treatment services. The report confirmed the presence of methamphetamine in a urinalysis sample submitted by the client at the treatment facility on January 31, 2017.

On February 13, 2017, the undersigned officer contacted Mr. Hendricks telephonically who admitted to the use of methamphetamine approximately 4 days before the sample was collected by the provider on January 31, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 14, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

February 15, 2017
_____
Date